FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2024-0460
_____

DONNA JAY BARGER,

    Appellant,

v.

MARLANEA NORVIEL, also known
as, Marlanea Freiberger,

    Appellee.

_____

On appeal from the Circuit Court for Walton County.
Kelvin Wells, Judge.

July 25, 2024

PER CURIAM.

    DISMISSED as untimely.

BILBREY, M.K. THOMAS, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Donna Jay Barger, pro se, Appellant.

No appearance for Appellee.